[No. 15831-1-II.    Division Two.    July 19, 1994.]

FIORITO BROS., INC., *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston
County, No. 88-2-02440-2, Carol A. Fuller, J., entered March

6, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.